Morris D. Broidy, Individually, etc., v. Barnet S. Milman.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

Lewis M. Adams v. Henry B. Leary, Impleaded, etc.— Motion to dismiss appeal denied, without prejudice to a consideration of the question presented by said motion upon the appeal from said order. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

Frederick S. Dickinson and Another v. John Springer and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

A. Wimpfheimer & Bro., Inc., v. Adolph Paleias.— Motion to dismiss appeal denied. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

Olano Platinum Syndicate, Ltd., v. Eliot Norton, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

Hendrick Hudson Apartments v. George W. Alger.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

Hendrick Hudson Apartments v. Hattie Bunzel.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

Frank Lynch v. Maurice Frank.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

Kathrian L. Kern v. The Great Atlantic and Pacific Tea Company.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

Edmond Weil and Others v. New York Central Railroad Company.— Motion granted. Settle order on notice containing questions to be certified. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

Henry Fischer v. Wabash Railway Company and Others.— Motion granted. Settle order on notice containing questions to be certified. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

The Globe Automatic Sprinkler Co., Inc., v. Wells & Newton Co., Inc., and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Finch. JJ.

Virginia Dyson v. Union Railway Company of New York City.— Motion granted. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

Patrick J. Gaynor, as Committee of the Personal Property of Walter J. Sheridan, an Incompetent, v. Ferdinand Hecht, Impleaded, etc.— Motion granted to extent stated in order and in other respects denied. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.

Maria Rogers, as Administratrix, etc., v. New York City Interborough Railways Company.— Preference granted for a day certain four days after service of respondent's points. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.